JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 911 -- In re Energy Development Partners, Ltd., Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/11/13 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- (A-1 & A-2) -- defendant Angeles Corporation, et al. -- SUGGESTED TRANSFEREE DISTRICT: S.D. TEXAS; SUGGESTED TRANSFEREE JUDGE: ? (sg) |
| 91/11/25 | | APPEARANCES -- ROBERT W. MILLS, ESQ. for J. Robert Jackson, etc.; KENNETH G. GILMAN, ESQ. for Herman Brinkman, et al.; MAUREEN J. BRIGHT, ESQ. for Angeles Corp., William H. Elliot and Joseph Cattivera; THOMAS P. JOHNSON, ESQ. for Quinoco Oil and Gas, Inc., Quinoco Energy, Inc., Richard E. Landau, William E. Tuthill, Lawarence J. Winston, Edward J. Hall, Richard A. Wollin and Charles P. Lupher (ds) |
| 91/12/03 | | AMENDED APPEARANCE -- THOMAS P. JOHNSON for Quinoco Oil and Gas, Inc., Quinoco Energy, Inc., Richard A. Wollin, Charles P. Lupher |
| 91/12/03 | 2 | RESPONSE -- (to pldg. 1) filed by defts. Quinoco Oil and Gas, Inc., Quinoco Energy, Inc., Richard A. Wollin, Charles Lupher w/cert. of svc. (kac) |
| 91/12/04 | 3 | RESPONSE -- (to pldg #1) filed by pltf. J. Robert Jackson w/permission to file and cert. of svc. (kac) |
| 91/12/19 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in Phoenix, Arizona on January 31, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 92/01/31 | | WAIVERS OF ORAL ARGUMENT -- (For Hearing on 1/31/92 in Phoenix, AZ) ALL PARTIES WAIVED (rh) |
| 92/02/07 | | ORDER DENYING TRANSFER -- Notified Judges, Clerks, Counsel, Recipients (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 911 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ENERGY DEVELOPMENT PARTNERS, LTD., SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/31/92 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 2/7/92 | MO | | | | |

Special Transferee Information

DATE CLOSED: February 7, 1992

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 911 -- In re Energy Development Partners, Ltd., Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | J. Robert Jackson, etc. v. Angeles Corporation, et al. | Cal.,C. Tashima | 91-0881-AWT (KX) | | | | |
| A-2 | Herman Brinkman, et al. v. Angeles Corporation, et al. | Tex.,S. DeAnda | H-89-2739 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 911 -- In re Energy Development Partners, Ltd., Securities Litigation

==========================================================

<u>J. ROBERT JACKSON, ETC. (A-1)</u>
Robert W. Mills, Esq.
145 Marina Boulevard
San Rafael, CA  94901

<u>HERMAN BRINKMAN, ET AL. (A-2)</u>
Kenneth G. Gilman, Esq.
Gilman and Pastor
One International Place
Boston, MA  02110

ANGELES CORPORATION
WILLIAM H. ELLIOT
<u>JOSEPH CATTIVERA</u>
Maureen J. Bright, Esq.
Bright and Brown
550 North Brand Blvd.
Suite 2100
Glendale, CA  91203

QUINOCO OIL AND GAS, INC.
QUINOCO ENERGY, INC.,


RICHARD A. WOLLIN
<u>CHARLES P. LUPHER</u>
Thomas P. Johnson, Esq.
Davis, Graham & Stubbs
370 17th Street, Suite 4700
Denver, CO  80202

Unable to determine counsel
for the following parties:
RICHARD E. LANDAU
WILLIAM E. TUTHILL
LAWRENCE J. WINSTON
EDWARD J. HALL

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 911 -- In re Energy Development Partners, Ltd., Securities Litigation

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | Angeles Corporation | A-1, A-2 |
| ✓ | William H. Elliot | A-1, A-2 |
| ✓ | Joseph Cattivera | A-1, A-2 |
| ✓ | Ouinoco Oil and Gas, Inc. | A-2 |
| ✓ | Ouinoco Energy, Inc. | A-2 |
| ✓ | Richard Landau | A-2 |
| ✓ | William E. Tutmill | A-2 |
| ✓ | Lawrence J. Winston | A-2 |
| ✓ | Edward J. Hall | A-2 |
| ✓ | Richard A. Wollin | A-2 |
| ✓ | Charles P. Lupher | A-2 |